Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
sbostrom@trustees.org
bbrisson@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., <br><br> Intervenor-Defendant. | Case Nos. 3:19-cv-00055-SLG |

**JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS**

On May 29, 2020, the Court granted the parties' joint motion to stay this case until the Ninth Circuit issued its decision in the related case, *Northern Alaska Environmental Center et al. v. U.S. Department of the Interior et al.*, Case No. 19-35008 ("*NAEC I*"). This Court's order required parties to file a joint status report within thirty days after the Ninth Circuit issued its decision in *NAEC I* proposing either an extension of the stay, a new schedule for moving forward with the proceedings, or some other resolution of the present case. Order Granting Joint Motion to Stay Proceedings, *Northern Alaska Envtl. Ctr. v. U.S. Dep't of the Interior*, Case No. 3:19-cv-00055-SLG (April 2, 2019) (ECF 12). The Ninth Circuit issued its decision in *NAEC I* on July 9, 2020. Under Federal Rules of Appellate Procedure 40(a) and 35(c), Plaintiffs have forty-five days after entry of judgment in *NAEC I* to file a petition for panel rehearing or a petition for rehearing en banc. That deadline is August 24, 2020.

The parties in the above-captioned litigation respectfully submit this joint status report and motion for a further stay of proceedings. The parties ask the Court to stay proceedings in this case until the latter of the following: (1) August 24th, if Plaintiffs do not file a petition for panel or en banc rehearing with the Ninth Circuit Court of Appeals, or (2) if Plaintiffs file a petition for panel or en banc rehearing, the Ninth Circuit Court of Appeals makes a decision on whether to grant or deny the petition(s). Should this Court grant the parties' motion to stay, the parties would provide a joint status report thirty days after the stay is lifted proposing either an extension of the stay; a new schedule for filing

---

*N. Alaska Envtl. Ctr., et al. v. U.S. Dep't of the Interior, et al.*
Case No. 3:19-cv-00055-SLG                                                                 Page 2 of 4

Case 3:19-cv-00055-SLG   Document 23   Filed 08/07/20   Page 2 of 4

of the answer, lodging the administration record, and any briefing; or some other resolution of the present case. If the parties are unable to agree on language in the joint status report, they will submit separate statements in the same report.

Respectfully submitted August 7, 2020,

    s/Suzanne Bostrom
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*


JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

    s/Michael S. Sawyer (by Suzanne Bostrom)
Michael S. Sawyer
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0420 (phone)
(202) 305-0506 (fax)

*Attorneys for Federal Defendants*


    s/Ryan P. Steen (by Suzanne Bostrom)
Ryan P. Steen
Jason T. Morgan
James C. Feldman
Stoel Rives LLP
600 University Street, Suite 3600

*N. Alaska Envtl. Ctr., et al. v. U.S. Dep't of the Interior, et al.*
Case No. 3:19-cv-00055-SLG    Page 3 of 4

Case 3:19-cv-00055-SLG   Document 23   Filed 08/07/20   Page 3 of 4

Seattle, WA 98101
(206) 624-0900 (phone)
(206) 386-7500 (fax)

*Attorneys for ConocoPhillips Alaska, Inc.*

# CERTIFICATE OF SERVICE

I certify that on August 7, 2020, I caused a copy of the JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

    s/Suzanne Bostrom
Suzanne Bostrom

*N. Alaska Envtl. Ctr., et al. v. U.S. Dep't of the Interior, et al.*
Case No. 3:19-cv-00055-SLG     Page 4 of 4

Case 3:19-cv-00055-SLG   Document 23   Filed 08/07/20   Page 4 of 4