Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
sbostrom@trustees.org
bbrisson@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., <br><br> Intervenor-Defendant. | Case Nos. 3:19-cv-00055-SLG |

## JOINT STIPULATION FOR DISMISSAL

On August 11, 2020, the Court granted the parties' joint motion to stay this case until the Ninth Circuit Court of Appeals issued a mandate in the related case, *Northern Alaska Environmental Center et al. v. U.S. Department of the Interior et al.*, Case No. 19-35008 ("*NAEC I*"). Order re Joint Mot. to Stay Proceedings, ECF No. 24. The Court of Appeals issued its mandate on December 30, 2020. This Court's order required parties to file a joint status report within thirty days after the Court of Appeals issued its mandate proposing either an extension of the stay; a new schedule for filing of the answer, lodging the administration record, and any briefing; or some other resolution of the present case. *Id.*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate to the dismissal of the above-captioned case with prejudice, with each party to bear its own costs, expenses, and attorney fees.

Respectfully submitted January 29, 2021,

s/Suzanne Bostrom
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

   s/Michael S. Sawyer (with consent)
Michael S. Sawyer
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0420 (phone)
(202) 305-0506 (fax)

*Attorneys for Federal Defendants*


   s/Ryan P. Steen (with consent)
Ryan P. Steen
Jason T. Morgan
James C. Feldman
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900 (phone)
(206) 386-7500 (fax)

*Attorneys for ConocoPhillips Alaska, Inc.*


## CERTIFICATE OF SERVICE

     I certify that on January 29, 2021, I caused a copy of the JOINT STIPULATION FOR DISMISSAL to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

          s/Suzanne Bostrom
          Suzanne Bostrom

*N. Alaska Envtl. Ctr., et al. v. U.S. Dep't of the Interior, et al.*
Case No. 3:19-cv-00055-SLG                  Page 3 of 3

Case 3:19-cv-00055-SLG   Document 25   Filed 01/29/21   Page 3 of 3